■ W.J.F. REALTY CORP. et al., Appellants, v STATE OF NEW YORK et al., Respondents. [700 NYS2d 715] —Appeal by the plaintiffs from an order and judgment (one paper) of the Supreme Court, Suffolk County (Underwood, J.), dated April 22, 1998.

Ordered that the order and judgment is affirmed, with costs, for reasons stated by Justice Underwood at the Supreme Court (*see, W.J.F. Realty Corp. v State of New York,* 176 Misc 2d 763). Sullivan, J. P., Joy, Krausman and Luciano, JJ., concur.